# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140862

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ADAM LAWRENCE CHAKUR,
        Defendant-Appellant.

SC: 140862
COA: 289143
Wayne CC: 08-012237-FH

_____/

On order of the Court, the application for leave to appeal the February 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

_____
Clerk

d0708